UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Julie Melton Mason, | ) | C/A No. 5:15-cv-04963-RBH-KDW |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Warden, Graham Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, Julie Melton Mason, is a state prisoner who filed this pro se Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 13, 2016, Respondent filed a Return and Motion for Summary Judgment. ECF Nos. 16, 17. Because Petitioner is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising her of the importance of such motions and of the need for him to file adequate responses. ECF No. 18. Petitioner was specifically advised that if she failed to respond adequately, Respondent's motion may be granted, thereby ending this case.

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order Plaintiff has failed to respond to the Motion. As such, it appears to the court that she does not oppose the Motion and wishes to abandon this action. Based on the foregoing, Petitioner is directed to advise the court whether she wishes to continue with this case and to file a response to Respondent's Motion for Summary Judgment by **June 23, 2016**. Petitioner is further advised that if she fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

May 23, 2016                                                         Kaymani D. West
Florence, South Carolina                                    United States Magistrate Judge